Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00186-CV

Benjamin T. **CAMERO** and Noemi M. Camero,
Appellants

v.

Rodolfo **ALVARADO** and Natalie Alvarado,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-13764
Honorable Larry Noll, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:  September 1, 2010

REVERSED AND REMANDED

On May 27, 2010, this appeal was abated for mediation. On August 11, 2010, the mediator filed a report, stating the parties mediated and settled. On August 18, 2010, the appellants filed a written advisory, stating the parties reached a mediated settlement. The appeal is therefore reinstated on the docket of this court. The appellants' advisory states that the parties are requesting that the trial court's judgment be reversed, and that the cause be remanded for the entry of a judgment in conformity with their settlement agreement.

The advisory is noted. The judgment of the trial court is reversed, and the cause is remanded for the entry of a judgment in conformity with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a), 43.2(d). Costs of appeal are taxed against the parties who have incurred them.

PER CURIAM